UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BETTENCOURT,<br><br>                      Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>                      Defendant. | CIVIL ACTION NO. _____<br><br>**NOTICE OF APPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its appearance as counsel for Defendant, The Top-Flite Golf Company, in the above action.

Respectfully submitted,

_____
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: August 2, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on August 2, 2005.

_____
Jay M. Presser, Esq.