UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BETTENCOURT,<br><br>                  Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>                  Defendant. | CIVIL ACTION NO. 05-30179-MAP<br><br>**RULE 7.3 CERTIFICATE** |

NOW COMES Defendant, The Top-Flite Golf Company, and pursuant to Local Rule 7.3, hereby files this statement indicating that no publicly held company owns 10% or more of the stock of the corporate Defendant other than Callaway Golf Company, which wholly owns Defendant.

                                                    Respectfully submitted,

                                                      /s/ Jay M. Presser, Esq.
                                                    Jay M. Presser, Esq.
                                                    BBO No. 405760
                                                    Counsel for Defendant
                                                    Skoler, Abbott & Presser, P.C.
                                                    One Monarch Place, Suite 2000
                                                    Springfield, Massachusetts  01144

Dated:   August 5, 2005              Tel.:  (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Rule 7.3 Certificate* was served upon the attorney of record for each other party electronically and by first-class, U.S. mail, postage prepaid, on August 5, 2005.

                                                      /s/ Jay M. Presser, Esq.
                                                    Jay M. Presser, Esq.