UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BETTENCOURT,<br><br>                      Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>                      Defendant. | CIVIL ACTION NO. 05-30179-MAP<br><br>**NOTICE OF APPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant, Top-Flite Golf Company, in the above action.

Respectfully submitted,

  /s/ Amy B. Royal, Esq.
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: October 14, 2005              Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on October 14, 2005.

  /s/ Amy B. Royal, Esq.
Amy B. Royal, Esq.