UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BETTENCOURT,            )
        Plaintiff    )
                        )
v.                           )     Civil Action No.  05-30179-KPN
                        )
                        )
                        )
THE TOP FLITE GOLF COMPANY,  )
        Defendant    )

<u>REVISED SCHEDULING ORDER</u>
May 24, 2006

NEIMAN, C.M.J.

      The court hereby ALLOWS the parties' joint motion to extend discovery deadline and revises the schedule as follows:

1. All written discovery and non-expert depositions shall be completed by July 14, 2006.

2. Counsel shall appear for a case management conference on July 18, 2006, at 12:00 p.m. in Courtroom Three.  The May 25, 2006 conference is hereby cancelled.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by August 11, 2006.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by September 13, 2006.

5. All expert depositions shall be completed by October 16, 2006.

IT IS SO ORDERED.

DATED: May 24, 2006

                                                    /s/ Kenneth P. Neiman  
                                                   KENNETH P. NEIMAN  
                                                   Chief Magistrate Judge

Case 3:05-cv-30179-KPN     Document 15     Filed 05/24/2006     Page 2 of 2