UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BETTENCOURT,                )
         Plaintiff              )
                                 )
v.                               )     Civil Action No. 05-30179-KPN
                                 )
                                 )
THE TOP FLITE GOLF COMPANY,      )
         Defendant              )

FURTHER SCHEDULING ORDER
August 16, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. The parties shall complete their non-expert discovery by September 1, 2006.

2. By September 8, 2006, the parties shall notify the court in writing whether they intend to mediate the case and, if so, whether they wish to engage in court-sponsored mediation.

3. Defendant shall file its motion for summary judgment by October 31, 2006.

4. Plaintiff shall file his opposition to Defendant's motion by November 17, 2006, to which Defendant may reply by November 28, 2006.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge