UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BETTENCOURT,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO. 05-30179-KPN<br><br>**DEFENDANT'S MOTION FOR LEAVE TO MANUALLY FILE EXHIBITS TO SUMMARY JUDGMENT MOTION ON DECEMBER 1, 2006** |

　　　　NOW COMES Defendant, The Top-Flite Golf Company, and pursuant to the Local Rules of the District Court of Massachusetts moves for leave to manually file, by hand delivery, the Exhibits to the Defendant's Motion for Summary Judgment on Friday, December 1, 2006, due to the volume of documents being bound. A copy of said materials will be served, by hand, on opposing counsel on said date. All other materials relating to the Motion for Summary Judgment will be electronically filed on November 30, 2006.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　　Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　　BBO #405760
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts  01144
Dated:  November 30, 2006　　　　　　　Tel. (413) 737-4753/Fax (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing Defendant's Motion for Leave To Manually File Exhibits To Summary Judgment Motion on December 1, 2006 was served upon the attorney of record for each other party via electronic filing on November 30, 2006.

                                                  /s/ Jay M. Presser, Esq.
                                                Jay M. Presser, Esq.