UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BETTENCOURT, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 05-30179-MAP |
| | ) | |
| THE TOP-FLITE GOLF COMPANY, | ) | |
|     Defendant | ) | |

PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

    Now comes the plaintiff and moves for an extension to file the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and as grounds therefore states:

1.     The Plaintiff's Opposition to Motion for Summary Judgement is presently due on January 12, 2007.

2.     Due to some unexpected commitments to other clients during this week, and the need to secure some additional affidavits from individuals, the Plaintiff does not believe he can have the entire opposition completed by January 12, 2007 and request that he be permitted until January 16, 2007 to file the opposition and that Defendant's reply time be extended to February 2, 2007.

| THE PLAINTIFF | ASSENTED TO BY<br>THE DEFENDANT BY |
|---|---|
| By:   / S /   Maurice M. Cahillane | / S/   Jay M. Presser |
|     His attorney | Its attorney |
|     Maurice M. Cahillane, Esq., BBO#069660 | Jay M. Presser, Esq.; BBO No. 405760 |
|     Egan, Flanagan and Cohen, P.C. | Skoler, Abbott & Presser, P.C. |
|     67 Market Street | One Monarch Place, Suite 2000 |
|     Springfield, Massachusetts 01103 | Springfield, Massachusetts 01144 |
|     Tel: 413-737-0260; Fax: 413-737-0121 | Tel: 413-737-4753; Fax: 413-787-1941 |

Dated: January 11, 2007

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served this 11th day of January, 2007, on all parties, by electronic delivery and First Class Mail, postage prepaid, to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144

                                              / S / Maurice M. Cahillane
                                              Maurice M. Cahillane

12084-050156\127569.wpd