UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BETTENCOURT,<br>Plaintiff | )<br>)<br>) |
| vs. | ) CIVIL ACTION NO.: 05-30179-MAP<br>) |
| THE TOP-FLITE GOLF COMPANY,<br>Defendant | )<br>)<br>) |

**PLAINTIFF'S MOTION TO ALLOW
MEMORANDUM IN EXCESS OF TWENTY PAGES**

The plaintiff, John Bettencourt, pursuant to the Local Rules of the District Court of Massachusetts moves for permission to file a Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment that is in excess of twenty pages. The Statement and the Memorandum filed by the defendant The Top-Flite Golf Company seeks dismissal of the entire case and deals with a variety of issues raised by the Company and defendant's brief exceeds twenty pages.

Respectfully submitted,

/s/ Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

Dated: January 16, 2007

12085-050157\127846.wpd