UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BETTENCOURT,<br>        Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>        Defendant | )<br>)<br>)<br>)    CIVIL ACTION NO.: 05-30179-MAP<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE
RESPONSE TO DEFENDANT'S MOTIONS TO STRIKE**

    Now comes the plaintiff and moves for an extension until March 1, 2007 to file the Plaintiff's Opposition to Defendant's Motions to Strike, and as cause therefore states:

1. On February 2, 2007, counsel for the Defendant filed its Reply Brief in response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Included therewith were the Defendant's Motion to Strike ¶3 and Portions of ¶5 of Paul Duval's Affidavit, Defendant's Motion to Strike Portions of the Affidavit of Richard Gielow, and the Defendant's Response and Partial Motion to Strike Plaintiff's Statement of Disputed Facts.

2. This matter involves four individual plaintiffs and the same defendant. The motions to strike are voluminous and involve many pages of cited evidence in their cases. Plaintiff needs additional time for an adequate response.

3. Wherefore, the Plaintiff respectfully requests that this extension be granted.

                                                THE PLAINTIFF
                                                By his attorney

                                                     / S / Maurice M. Cahillane
                                                Maurice M. Cahillane, Esq.
                                                EGAN, FLANAGAN AND COHEN, P.C.
                                                67 Market Street - Post Office Box 9035
                                                Springfield, MA 01102
                                                (413) 737-0260; Fax: (413) 737-0121
                                                BBO# 069660

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 12th day of February, 2007, on all parties, by electronic delivery and First Class Mail, postage prepaid, to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144.

    / S / Maurice M. Cahillane
    Maurice M. Cahillane

12085-050157\129712.wpd