UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BETTENCOURT, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 05-30179-MAP |
| | ) | |
| | ) | |
| THE TOP-FLITE GOLF COMPANY, | ) | |
|     Defendant | ) | |

## PLAINTIFF'S MOTION TO CONSOLIDATE

Now comes the Plaintiff and moves pursuant to Fed.R.Civ.P. 12(a) that the following cases:

*Paul Duval v. The Top Flite Golf Company*, Civil Action No.: 05-30181

*Michael Behaylo v. The Top Flite Golf Company*, Civil Action No.: 05 30178

*Gary Lonczak v. The Top Flite Golf Company*, Civil Action No.: 05 30180 and

*John Bettencourt v. The Top Flite Golf Company*, Civil Action No.: 05 30179

be consolidated for trial for the reasons stated in the attached memorandum.

                                                              THE PLAINTIFF, JOHN BETTENCOURT
                                                              BY HIS ATTORNEY

Dated: December 31, 2007                         __/ S / Maurice M. Cahillane_____
                                                              Maurice M. Cahillane, Esq.
                                                              EGAN, FLANAGAN AND COHEN, P.C.
                                                              67 Market Street - Post Office Box 9035
                                                               Springfield, MA 01102
                                                               (413) 737-0260; Fax: (413) 737-0121
                                                               BBO# 069660

12085-050157\Document in ProLaw