UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BETTENCOURT,

           Plaintiff,

vs.

CALLAWAY GOLF BALL OPERATIONS, INC.,

           Defendant.

CIVIL ACTION NO. 05-30179-KPN

## STIPULATION OF DISMISSAL

NOW COME THE PARTIES, by and through counsel, Maurice M. Cahillane, Esq., and Jay M. Presser, Esq., and pursuant to Fed. R. Civ. P. 41, file this Stipulation of Dismissal with Prejudice, and without costs to either party.

FOR PLAINTIFF,

_____
Maurice M. Cahillane, Esq.
BBO No. 069660
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035
Tel.: (413) 737-0260/Fax: (413) 737-0121

Dated: 3/31/08

FOR DEFENDANT,

_____
Jay M. Presser, Esq.
BBO No. 405760
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: April 4, 2008